FILED
2013 JAN 29 AM 10: 35
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DOUGLAS MASTERS, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 1:12-cv-00522-SS |
| v. | § § | |
| JPMORGAN CHASE BANK, N.A., | § § | JURY |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Douglas Masters and Defendant JPMorgan Chase Bank, N.A. have announced to the Court that all claims asserted by Plaintiff should be dismissed with prejudice. A Stipulation of Dismissal with Prejudice has been signed by counsel for Plaintiff and counsel for Defendant and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that all claims and causes of action that were or could have been asserted herein by Douglas Masters against JPMorgan Chase Bank, N.A. are in all respects dismissed with prejudice.

IT IS FURTHER ORDERED that this entire civil action is hereby dismissed, with costs to be borne by the party incurring same. All relief not expressly granted is hereby denied, such that this constitutes final judgment herein.

Signed this 28th day of January, 2013

_____
HONORABLE SAM SPARKS